UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD DARCE                                                CIVIL ACTION

VERSUS                                                      NO. 07-4241

MICHAEL J. ASTRUE,                                          SECTION "C" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Commissioner's Motion for Summary Judgment is GRANTED the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 9th day February, 2009.

_____
UNITED STATES DISTRICT JUDGE